UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESLIE ROSALEE SMITH,

              Plaintiff,

     v.

ALLISON HALEY, et al.,

              Defendants.

Case No. 23-cv-02043-HSG

**JUDGMENT**

     For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

     **IT IS SO ORDERED AND ADJUDGED.**

Dated:  July 10, 2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California