UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE ROSALEE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ALLISON HALEY, et al.,<br><br>Defendants. | Case No. 23-cv-02043-HSG<br><br>**ORDER DENYING REQUEST TO REOPEN ACTION AND CONSOLIDATE WITH OTHER CASES**<br><br>Re: Dkt. No. 12 |

Plaintiff filed this action on or about April 28, 2023. Dkt. No. 1. On July 10, 2023, the Court dismissed this action with prejudice in a reasoned order, finding that Plaintiff had failed to state a claim for relief. Dkt. No. 8. The Court entered judgment in favor of Defendants and against Plaintiff that same day. Dkt. No. 9. Two and a half years later, Plaintiff has filed a request to reopen this action. Dkt. No. 12. She also requests to reopen five other cases, and requests that all six cases be consolidated. *Id.*

The Court DENIES the request to reopen. This case is closed. To the extent that Plaintiff is seeking reconsideration of the Court's dismissal of her claims with prejudice, generally speaking, such reconsideration requests must be filed no more than a year after the entry of the judgment or the order being challenged. *See* Fed. R. Civ. P. 60(c). Plaintiff's request for reconsideration appears to be untimely, and she has offered no reason why the Court erred in dismissing this action. The Court DENIES as moot the request to consolidate the cases.

//

//

//

//

This order terminates Dkt. No. 12.

**IT IS SO ORDERED.**

Dated: 1/6/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge